IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PEDRO J. AMARO,

    Plaintiff,

vs.                                                      No. CV 16-00993 KG/JHR

STATE OF NEW MEXICO, et al.,

    Defendants.

## **JUDGMENT**

**THIS MATTER** having come before the Court under 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6) on the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and 1988, and 28 U.S.C. § 1331 and 1343(3) filed by Plaintiff Pedro J. Amaro on September 2, 2016 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the Complaint for failure to state a claim under § 1915(e)(2)(B) and as barred by the applicable statues of limitations,

**IT IS ORDERED** that **JUDGMENT** is entered against Plaintiff and the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and 1988, and 28 U.S.C. § 1331 and 1343(3) filed by Plaintiff Pedro J. Amaro on September 2, 2016 (Doc. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
UNITED STATES DISTRICT JUDGE