IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PEDRO J. AMARO,

    Plaintiff,

vs.                                                                                 No. CV 16-00993 KG/JHR

STATE OF NEW MEXICO, et al.,

    Defendants.

## ORDER GRANTING PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

**THIS MATTER** is before the Court under Fed. R. App. P. 24(a) on the Motion and Affidavit for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 filed by Plaintiff Pedro Amaro on October 10, 2017 (Doc. 35). The Court finds that Plaintiff has shown an inability to pay or to give security for fees and costs and that Plaintiff raises issues on appeal that are fairly debatable. The Court will grant the Motion for Leave to Proceed.

**IT IS ORDERED** that the Motion and Affidavit for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 filed by Plaintiff Pedro Amaro on October 10, 2017 (Doc. 35) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE