IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEDRO J. AMARO,

    Plaintiff,

vs.                                                       No. CV 16-00993 KG/JHR

SUSANA MARTINEZ, GOVERNOR OF THE
STATE OF NEW MEXICO, et al.,

    Defendants.

## JUDGMENT

THIS MATTER having come before the Court under Fed. R. Civ. P. 41(b) on the Amended Civil Rights Complaint filed by Pedro J. Amaro (Doc. 69), and the Court having entered its Memorandum Opinion and Order dismissing the Complaint for failure to comply with the Federal Rules of Civil Procedure and the Court's Orders,

IT IS ORDERED that JUDGMENT and the Amended Civil Rights Complaint filed by Plaintiff Pedro J. Amaro (Doc. 69) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

                                                                              UNITED STATES DISTRICT JUDGE